GRAND BEACH COMPANY, Landowners' Association, Charles S. Abbott, and Fred M. Abbott v. GRAND RAPIDS TRUST COMPANY, Receiver.

No. 6344.

Circuit Court of Appeals, Sixth Circuit.
Jan. 19, 1933.

Charles S. Abbott, of Chicago, Ill., and Wiley, Streeter, Smith & Ford, of Detroit, Mich., for appellants.

Knappen, Uhl, Bryant & Snow and Travis, Merrick, Johnson & McCobb, all of Grand Rapids, Mich., for appellee.

PER CURIAM.

Dismissed because order appealed from is in nature of an interlocutory order.

Bessie L. GRAY v. A. CHAZANOFF and N. Nichol, Partners, d. b. a. Science Hill Grocery Company.

No. 6026.

Circuit Court of Appeals, Sixth Circuit.
Nov. 7, 1932.

A. L. Burgstaller and Harrington, De Ford, Huxley & Smith, all of Youngstown, Ohio, for appellant.

Wm. E. Pfau, of Youngstown, Ohio, for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for a new trial.

G. W. GRIFFITH and Christine Griffith, Appellants, v. Louise F. BOND,
Appellee.

No. 3447.

Circuit Court of Appeals, Fourth Circuit.
Jan. 10, 1933.

R. L. Whitmire, of Hendersonville, N. C., for appellants.

Wm. C. Meekins, of Hendersonville, N. C., for appellee.

PER CURIAM.

Cause docketed and dismissed on motion of appellee.

J. W. HARRELL, Adm'r of Estate of Joseph Harrell, Deceased, v. WIND ROCK COAL & COKE COMPANY.

No. 6404.

Circuit Court of Appeals, Sixth Circuit.
Feb. 16, 1933.

Hartman, Hartman & Doughty, of Knoxville, Tenn., and J. H. Underwood, of Clinton, Tenn., for appellant.

James B. Wright and Ray H. Jenkins, both of Knoxville, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed upon motion of counsel for appellee.